STATE OF NEW JERSEY v. STEPHEN MILLER.

November 17, 1981.

Petition for certification denied.

L. GELMAN & SON, INC. v. IRWIN SINGER.

November 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD COLLINS.

November 24, 1981.

Leave to appeal granted.

EDWIN E. AND JOAN E. BOWEN v. DORIS ANGLE
a/k/a DORIS McCLURE.

November 30, 1981.

Petition for certification granted.